## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Dimitar Dimitrov,

Defendant.

)
)
)
)
)
)
)
)
)

Case # 2:10-cr-217-PMP-PAL

**DESIGNATION OF RETAINED COUNSEL
AND APPEARANCE PRAECIPE**

The undersigned defendant hereby appoints _John Momot, Esq. & Yi Lin Zheng, Esq._
to appear generally for him/her as his/her attorney and counselor at law throughout all proceedings in
this case unless this appointment be sooner revoked.

DATED: _AUG·25. 2010_                        _Dimitrov Dimitar_
                                             Defendant's signature

### APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as
attorney for the defendant, in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney
may appear in my place unless prior permission is granted by the Court, and then ONLY when
consent of the defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the defendant advised as to all
proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of
any change in my address or telephone number.

DATED: _Aug 25, 2010_                        _____
                                             Attorney's signature

                                             _520 S. 4th Street, #300_
                                             Attorney's address

                                             _Las Vegas, NV 89101_

                                             _(702) 385·7170_
                                             Attorney's phone number

Revised 6/15/09