# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:10-cr-00217-PMP-PAL |
| vs. | **ORDER** |
| DRAGOMIR TASKOV, *et al.*, | (Mot To Allow 30 Days to Review - Dkt. #92) |
| Defendants. | |

Before the court is the government's Motion to Allow Defendants 30 Days to Review and Document Automobiles and to Allow the Government to Make Automobiles Available for Repossession (Dkt. #92). No opposition or objection has been filed by the Defendants, and the time for filing a response has run. For good cause shown,

**IT IS ORDERED** that:

1. Defendants shall have until February 4, 2011, to contact Government counsel and make arrangements to review, photograph or otherwise document vehicles in the possession of the Federal Bureau of Investigation and Las Vegas Metropolitan Police Department for the purpose of litigation of the instant prosecution. The vehicles are listed in Exhibit A of the Government's motion which is incorporated by reference.

2. After February 4, 2011, the Government may make the vehicles available to dealerships, finance companies or other third parties with a claim to the vehicles for repossession or otherwise lawfully dispose of the vehicles.

///
///
///

3. If a Defendant believes that a vehicle should be preserved and not released, the Defendant shall file a separate motion with the Court requesting a delay or additional time before February 4, 2011, when the Government is allowed to dispose of the vehicle.

Dated this 6th day of January, 2011.

_____
Peggy A. Leen
United States Magistrate Judge